Fill in this information to identify your case:

United States Bankruptcy Court for the:

Central District of California

Case number *(If known)*: _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Integrated Energy Systems CA, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 26-1696611 |

4. **Debtor's address**

**Principal place of business**

747 N. Main Street
Number        Street

Orange              CA    92868
City              State      ZIP Code

Orange County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City              State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City              State      ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | Integrated Energy Systems CA, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

238210

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ____ / ____ / _____ Case number _____
                                    MM / DD / YYYY

District _____ When ____ / ____ / _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When ____ / ____ / _____
                              MM / DD / YYYY

Case number, if known _____

| Debtor | Integrated Energy Systems CA, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                          State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Integrated Energy Systems CA, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,000-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/15/2022
              MM   / DD / YYYY

X _____    Mark Beverly
Signature of authorized representative of debtor    Printed name

Title   President

---

18. **Signature of attorney**    X _____    Date   08/15/2022
                                 Signature of attorney for debtor              MM   / DD / YYYY

Kevin Hahn
Printed name
~~Ferguson Case Orr Paterson~~ Hahn Attorneys, LLP
Firm name
2522 Chambers Road V213
Number        Street
Tustin                              CA          92780
City                                State       ZIP Code
714-725-7582                        kevin@hahnattorneys.com
Contact phone                       Email address

231579                              CA
Bar number                          State

---

**Fill in this information to identify the case:**

Debtor name ___Integrated Energy Systems CA, Inc.___

United States Bankruptcy Court for the: ___Central District of California___

(State)

Case number (If known): _____

---

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:**  **Summary of Assets**

---

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ...........................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................    $ _____ 1,035,346.70

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ...........................................................    $ _____ 1,035,346.70

---

**Part 2:**  **Summary of Liabilities**

---

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................    $ _____ 4,829.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................    $ _____ 30,612.47

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................    +$ _____ 1,736,640.90

4. **Total liabilities** ...........................................................
    Lines 2 + 3a + 3b          $ _____ 1,772,082.37

**Fill in this information to identify the case:**

Debtor name __Integrated Energy Systems CA, Inc.__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Sunwest Bank | Checking | 7 4 6 1 | $ 0.00 |
| 3.2. | See continuation sheet | | | $ 188,938.57 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 188,938.57

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor  Integrated Energy Systems CA, Inc.
_____  Case number *(if known)*_____
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____  $_____

8.2. _____  $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

---

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| 11. **Accounts receivable** | | | |
| 11a. 90 days old or less: | 367,878.14 <br> face amount | – 0.00 <br> doubtful or uncollectible accounts | = ........ ➔  $ 367,878.14 |
| 11b. Over 90 days old: | 261,826.70 <br> face amount | – 0.00 <br> doubtful or uncollectible accounts | = ........ ➔  $ 261,826.70 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 629,704.84

---

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: | % of ownership: | |
| 15.1._____ _____% | _____ | $_____ |
| 15.2._____ _____% | _____ | $_____ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

---

Debtor _____ Integrated Energy Systems CA, Inc. _____    Case number (if known) _____
        Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** | | | | |
| _____ | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** | | | | |
| See Schedule A/B Part 5, Question 22 Attachment | ___ MM / DD / YYYY | $ _____ | _____ | 59,092.72 $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 59,092.72

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

Debtor  Integrated Energy Systems CA, Inc.
Name

Case number (if known)_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> HP Pavillion 15 Laptop / Dell Laptop / Ipad | $_____ | _____ | $ 4,537.75 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 4,537.75

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Integrated Energy Systems CA, Inc.
　　　　　Name

Case number _(if known)_____

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  Ford F150 Truck - 2014 | $_____ | _____ | $ Unknown |
| 47.2  Ford F150 Truck - 2018 | $_____ | _____ | $ Unknown |
| 47.3  _____ | $_____ | _____ | $_____ |
| 47.4  _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1  _____ | $_____ | _____ | $_____ |
| 48.2  _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1  _____ | $_____ | _____ | $_____ |
| 49.2  _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | _____ | $ 34,068.60 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 34,068.60

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____    Case number (if known)_____
     Integrated Energy Systems CA, Inc.
     Name

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

- ☑ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

- ☐ No
- ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    Integrated Energy Systems CA, Inc.
          _____    Case number _(if known)_ _____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 11:** | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜ $ _____
                                   Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Employee Retention Credit _____    Tax year 2021 _____    $ 117,714.00

_____    Tax year _____    $ _____

_____    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**

_____    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $ _____

Nature of claim      _____

Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Money Owed _____    $ 1,290.22

Nature of claim      Money Owed _____

Amount requested    $ 1,290.22 _____

76. **Trusts, equitable or future interests in property**

_____    $ _____

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

_____    $ _____

_____    $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 119,004.22

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Integrated Energy Systems CA, Inc.
Name

Case number (if known)_____

| **Part 12:** | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 188,938.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 629,704.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 59,092.72 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 4,537.75 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 34,068.60 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 119,004.22 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,035,346.70 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................. 1,035,346.70      $ 1,035,346.70

| Debtor 1 | Integrated Energy Systems CA, Inc. | | Case number (if known) |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | | |
|---|---|---|---|
| Sunwest Bank | Checking | 9924 | |
| Balance: 163,835.61 | | | |
| Sunwest Bank | Money Market | 9010 | |
| Balance: 25,102.96 | | | |
| Pacific Premier Bank | Money Market | 1557 | |
| Balance: 0.00 | | | |
| Pacific Premier Bank | Checking | 3572 | |
| Balance: 0.00 | | | |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | |
|---|---|
| Fluke Thermal Camera | 4,621.00 |
| Duromax 13000/10500 Generator | 1,630.00 |
| Welded Platform Truck 36x72 (4) | 2,168.64 |
| Greenlee 555C EMT Bender | 2,829.75 |
| Mikasa Rammer w/Rammer Rack | 3,679.95 |
| Makita 4-Stroke Concrete Saw | 1,342.46 |
| Gator - 2/Trailer | 13,090.55 |
| Cordless Knockout Tool Kit | 1,400.75 |
| Pro 400 Briggs 40' Platform Hoist | 3,305.50 |

## Schedule A/B Part 5, Question 22 Attachment

**INTEGRATED ENERGY SYSTEMS CA, INC.**

| Date | Vendor | Location | Price | Description |
|------|--------|----------|-------|-------------|
| 12/2/2008 | Misc Equipment - Light to Medium | | $2,101.13 | 2009 Carry-On Trailer 4YMUL10179N004177- License #4KM3471 |
| 12/10/2008 | | | $4,621.00 | Fluke Thermal Camera |
| 12/2/2008 | Heavy Mobile Equipment | | ###### | 2009-John Deere Gator M0XUVGX021600  IE NV per Ron |
| 9/27/2016 | Small Tools | | $542.16/ea | Uline- 4 Platform 36x72" Welded Truck(Rolling bins) |
| 9/22/2016 | | | $3,305.50 | Pro 400 Briggs 44' Pltfrm Hoist |
| 10/17/2012 | | | $ 750.32 | Insulation Multimeter-Fluke 1587 |
| 2/17/2018 | | | $ 873.79 | Bosch D-Tect150 Wallscanner #711410070 |
| 2/17/2018 | | | $ 873.79 | Bosch D-Tect150 Wallscanner #711410063 |
| 3/27/2018 | Amazon-Glen's Amex | | $ 306.22 | 2 Arm Agen jar Arms HSC - 600 |
| 3/27/2018 | Amazon-Glen's Amex | | $ 141.12 | 2 Loos Cableware C7 Felco Cable Cutter for up to 5/32 " Wire Rope |
| 3/28/2018 | Amazon-Glen's Amex | | $ 360.10 | 2-Bacho Certfied Micro-Adjustable Cleick Type Torque Wrench Model 1002MFRMHSS |
| 5/3/2018 | S18-162-Westside Bldg | | $ 3,692.48 | Greenlee EK6FTLX11 Crimper |
| 6/21/2018 | Platt | Kevin's Truck | $ 1,591.77 | GRE 7310SB Punch Set Hyd Dri |
| 7/3/2018 | Tool Tech | | $ 1,726.00 | 2 - Jescratt FWT-3060-18 Four Wheel Utility Trailer/Roofing Card 30"x60" Deck W/18" Pneumatic Tires |
| 8/3/2018 | Home Depot - Small Tools | | $ 73.14 | 4 @ $16.97 27oz Deadblow Rubber Hammer |
| 8/3/2018 | Home Depot - Small Tools | | $ 8.05 | 9/16" Ratcheting combo Wrench 12pt |
| 3/15/2019 | Sunbelt Rentals | | $ 2,304.75 | Pulling Grip Kit #682802 |
| 3/18/2019 | Platt | | $ 30.02 | Flu Ac285 Suregrip Large Alli |
| 3/28/2019 | Ace Hardware | David Huff | $ 45.25 | Pocket Hose PHTB 75' |
| 4/1/2019 | Home Depot | David Huff | $ 86.17 | Torque Wrench 3/8" DR 20-100 FT LB |
| 4/1/2019 | Home Depot | David Huff | $ 131.03 | 2 Milwaukee 20 in Straight Jaw Pliers |
| 4/16/2019 | Reim Kevin Garner- HD | | $ 383.25 | M18 Fuel One Key Drill/Impact Dr |
| 4/18/2019 | Home Depot - Kevin | Kevin | $ 194.90 | 2 M18 2 Gal Cordless W/D Vac -Bare Tool |
| 4/23/2019 | Platt | | $ 328.84 | Gre K09-Syncro Crimper A1-250 |
| 6/24/2019 | Home Depot | Kevin - Santa Maria | $ 106.68 | MKE M12 ST Jut 3.0AH/1.5AH Batt/Chg |
| 6/25/2019 | Home Depot | Jeffery - Santa Maria | $ 86.97 | Torque Wrench 3/8" DR 20-100 FT LB |
| 9/24/2019 | Home Depot | Kevin - Esplanade | $ 299.00 | MKE M18 Fule Bank Saw (Tool Only) |
| 10/15/2019 | Home Depot | Kevin-Santa Maria | $ 322.17 | MKE M18 Fuel One Key 1/2 In |
| 11/12/2019 | Home Depot | Kevin | $ 1,400.75 | Cordless Knockout Tool Kit W/Die Set |
| 11/14/2019 | Home Depot | Kevin - Esplanade | $ 106.92 | Dremel 12V Max Cordless Rotary Tool |
| 11/18/2019 | Home Depot | Kevin - Esplanade | $ 592.92 | 3500W Briggs & Stratton Generator |
| 11/21/2019 | Home Depot | Kevin - Esplanade | $ 214.42 | M12 Fuel 4.0AH 5/8" Rot Hammer Kit |
| 11/22/2019 | Home Depot | Verizon | $ 135.28 | Ridgid 16 Gal Detach Blower w/d Vac |
| 1/8/2020 | Amex - Daryl | Verizon | $ 333.16 | Greenlee Hydraulic Draw Stud, Greenlee KD-3, Greenlee K3P-s |
| 1/10/2020 | Home Depot | Verizon | $ 540.17 | DW 15 aMP 12" Sliding Miter Saw |
| 1/20/2020 | Amex - Daryl | Verizon | $ 375.13 | 1 Hioki CM4372 True-RMS Clamp Meter, 1000VAC/1500VDC/600A w/Frequency, Resistance and Bluetooth |
| 1/23/2020 | Home Depot | Ikea | $ 431.92 | M18 Fuel 18-Volb Lithium-Ion Brushle |
| 2/4/2020 | Captial One | | $ 504.26 | Fluke VT04A Infrared Imager with Hard Carrying Case |
| 2/18/2020 | Home Depot | Zialena - Jeffrey | $ 358.61 | MKE M18 Fuel Band Saw (Tool Only) |
| 2/20/2020 | Home Depot | Verizon-Daryl | $ 182.95 | MAK 18V 2 Pack Battery 3.00 |
| 2/17/2020 | American Express | | $ 53.86 | Shade Odyssey 10x10 Canopy Blue for KG |
| 3/2/2020 | Home Depot | Kevin - Verizon | $ 186.16 | M12 Fuel Cordless 3/8/IN Ratchet |
| 3/4/2020 | Home Depot | Kevin - Verizon | $ 193.77 | MKE M12 Fuelstubby 388IMPWRCH |
| 5/5/2020 | Home Depot | Kevin - Verizon | $ 128.82 | MKE MilW M18 SAWZALL RECIP SAW |
| 5/18/2020 | Home Depot | Braoday Plaza S281 | $ 344.52 | RYOBI 2900 Gas Pressure Washer |
| 6/26/2020 | Amazon | | $ 224.58 | CO-Z Autmatic Motorized Electric Wire Stripping Maching Portable Scap Cable |
| 9/30/2020 | Home Depot | Kevin-Bright Foods | $ 161.94 | 6' Fold in Half Table |
| 11/3/2020 | Home Depot | Markham -Juan | $ 128.23 | M18 Gal Cordless W/D Vac-Bare Tool |
| 11/4/2020 | Home Depot | BPI-Kevin | $ 139.19 | M18 Gal Cordless W/D Vac-Bare Tool With Blades |
| 11/18/2020 | Home Depot | Markham | $ 128.23 | M18 Rover Mountin Flood Light |
| 12/3/2020 | Home Depot | Markham | $ 321.10 | 2 - MKE M18 Radius Light Tool Only |
| 12/7/2020 | Home Depot | Markham | $ 106.43 | MAK 18V BL Impact Driver W/1 Batt 3.00 |
| 12/1/2020 | Home Depot | | $ 128.52 | MAK 18V 6-1/2 Circ Saw (Tool Only) |
| 12/2/2020 | Home Depot | | $ 214.92 | MAK 18V Starter kit (2) 5.0 |
| 12/15/2020 | Home Depot | S299 | $ 119.08 | 6" FG Cross Step 300LB IA |
| 2/4/2021 | CASH- Reimb Jeffrey Behrens | | $ 640.00 | 4 Batteries @$60.00/ 4 Drills @ $100.00 |
| 4/6/2021 | Pawn Shop of Ventura | Kevin Garner | $ 600.00 | Greelee Crimper |
| 5/19/2021 | Home Depot | IKEA W Sac/Kevin | $ 128.82 | Milwaukee M18 Circular Saw |
| 5/18/2021 | Home Depot | Bruce Lopez | $ 401.14 | Milwaukee M18 Fule Cordless Rotary Hammer |
| 5/10/2021 | Home Depot | BR | $ 117.44 | 10x10 Canopy |
| 8/19/2021 | Amazon | Kevin | $ 1,273.79 | 60 Fuel Tank for his Truck |
| 9/15/2021 | Amazon | S21-779/Menifee | $ 478.49 | VEVOR MAG DRILL WITH DRILL PRESS KIT |
| 8/23/2021 | Kevin | BR Y | $ 853.35 | Greenlee Gator 12 Ton Battery Powered Tool |
| 10/6/2021 | Home Depot | S21-883/Kingspan | $ 979.50 | MILWAUKEE M18 6 TOOL COMBO |
| 11/3/2021 | Amazon | S21-1020-Shop | $ 380.48 | DEWALT 20V MAX CABLE STRIPPER CORDLESS KIT |
| 11/29/2021 | Grainger | S22-1155/Kingspan | $ 977.31 | Fluke Insulation Mulitmeter |
| 11/30/2021 | Amazon | S21-1188/Kingspan | $ 402.32 | 1/2" TO 4" HYDRAULIC KNOCK OUT KIT |
| 11/30/2021 | Home Depot | S21-1185/GSL | $ 516.78 | Milwaukee Band Saw/2 Pk Batteries/Battery Charge/Blades |
| 12/2/2021 | Grainger | S21-1200/IKEA W Sac | $ 616.59 | Torque Wrench/Strap Wrench Set/Hex Bit Set |
| 12/9/2021 | Drills and Cutters, LLC | James Caling/IKEA W Sac | $ 403.24 | (2) 4-1/2" Carbide Tippled Hole Cutter, |
| 12/10/2021 | Home Depot | | $ 1,153.12 | Ladders |
| 12/23/2021 | Amazon | James Caling | $ 508.78 | Bulldog Bender 3 Piece Set |
| 1/15/2022 | Home Depot | Madsen/Emeryville | $ 368.61 | Milwaukee Band Saw |
| 1/17/2022 | Home Depot | S22-44/ | $ 1,630.16 | Duromax Generator |

| Date | | Payee | | Amount | Description |
|---|---|---|---|---|---|
| 3/7/2022 | Home Depot | S22-276/BR DD | $ | 749.15 | Bosch Concrete/Masonry Hammer Drill/2 Ext Cords |
| 3/28/2022 | Home Depot | Kingspan | $ | 59.23 | Lan Scout Cable Tester |
| 3/31/2022 | Home Depot | Ira | $ | 10.74 | 1x12 Husky Ratchet Strap (4 pack) |
| 4/1/2022 | Home Depot | Saul | $ | 23.13 | WK2301 Propane Torch Kit |
| 4/5/2022 | Home Depot | Del Dotto/ Ricky Lo | $ | 33.37 | Billet Torpedo Level |
| 4/6/2022 | Home Depot | Kevin | $ | 40.02 | 5/16 Tow Chain |
| 4/7/2022 | Home Depot | James | $ | 152.39 | Various small tools. Gerber Suspensino Multi Tool/Flip Utility Knife/Autolock Tape Measure |
| 4/11/2022 | Home Depot | Saul/IKEA CN | $ | 64.58 | Ratcheting Modular Krimper/Lan Explorer Data Cable Tester |
| 4/12/2022 | Home Depot | IKEA W Sac | $ | 104.45 | 3PC Shockwave Hole Saw Set/Milwauke SDS+Bit |
| 4/26/2022 | Home Depot | Bruce/Blue Oaks | $ | 182.09 | Husky7 3/8 Trq Wrench |
| 4/27/2022 | Home Depot | James Caling | $ | 85.05 | Folding Hex Key Set/24" bolt Cutter |
| 4/27/2022 | Home Depot | James Caling | $ | 92.21 | Husky 37PC Bit Socket Set/Dewalt 100' Long Tape/20-Pocket Electricians Pouch/3/8 Socket Adapter |
| 4/29/2022 | Home Depot | Ron | $ | 282.73 | Dewalt 2-Way Radio                          These went to Bishop BR-15 Chris |
| 5/9/2022 | Home Depot | Chris Roberts/BR 15 | $ | 123.92 | Rcheting PVC Cutter/Digital Multimeter |
| 5/20/2022 | Home Depot | Kevin American Express | $ | 1,091.74 | Makita Demolition Hammer |
| 6/10/2022 | Reimb Kevin | Home Depot | $ | 79.29 | 3 Wire Brushes |

$59,092.72

**Fill in this information to identify the case:**

Debtor name _Integrated Energy Systems CA, Inc._

United States Bankruptcy Court for the: _Central District of California_

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:** | **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Ford Credit | **Describe debtor's property that is subject to a lien**<br>Ford F150 Truck - 2018 | $ 4,829.00 | $ Unknown |

**Creditor's mailing address**

P.O. Box 7172
Pasadena, CA 91109-7172

**Describe the lien**
Agreement you made

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Creditor's name** | **Describe debtor's property that is subject to a lien** | $_____ | $_____ |
|---|---|---|---|

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $ 4,829.00

| Debtor | Integrated Energy Systems CA, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor: Integrated Energy Systems CA, Inc.

United States Bankruptcy Court for the: Central District of California

Case number
(if known): _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Bruce Lopez
941 E. Cortland Ave Fresno, CA 93704
Fresno, CA, 93704

As of the petition filing date, the claim is: $ 3,168.00 | $ 3,168.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.2** Priority creditor's name and mailing address
Carl R. Jones
1585 West St.
Hayward, CA, 94545

As of the petition filing date, the claim is: $ 56.98 | $ 56.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.3** Priority creditor's name and mailing address
Christopher Roberts
1420 Creekside Dr., #14
Walnut Creek, CA, 94596

As of the petition filing date, the claim is: $ 6.00 | $ 6.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor    Integrated Energy Systems CA, inc.                              Case number (if known) _____
         Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.__4__**  **Priority creditor's name and mailing address**    $ 206.70    $ 206.70

Edy Benitez Romero
2032 E 30th St.
Apt 129
Oakland, CA, 94606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.__5__**  **Priority creditor's name and mailing address**    $ 109.46    $ 109.46

Eugene Parker
3277 Kernland Ave.
Merced, CA, 95340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.__6__**  **Priority creditor's name and mailing address**    $ 124.60    $ 124.60

Filemon Aceves
230 Turner Road
Lodi, CA, 95240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.__7__**  **Priority creditor's name and mailing address**    $ 218.96    $ 218.96

Gates M. Galvin
9655 Marsch Creek Rd.
Clayton, CA, 94517

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Integrated Energy Systems CA, Inc. | Case number _(if known)_ _____ |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8** **Priority creditor's name and mailing address**

Glen Nielsen
20740 Keno Worden Rd
Klamath Falls, OR, 97603

$ 18,165.66        $ 18,165.66

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.9** **Priority creditor's name and mailing address**

Ira J. Hernandez
153 Kathy Ellen Drive
Vallejo, CA, 94591

$ 817.60        $ 817.60

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.10** **Priority creditor's name and mailing address**

Jerry D. Setters
5776 Oakwood Dr
Marysville, CA, 95901

$ 1,180.92        $ 1,180.92

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.11** **Priority creditor's name and mailing address**

Kevin Garner
2655 N. Brawley
Fresno, CA, 93722

$ 4,135.45        $ 4,135.45

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor ___Integrated Energy Systems CA, Inc.___    Case number *(if known)*_____
          Name

| Part 1. | **Additional Page** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.12** **Priority creditor's name and mailing address**
Luis A. Quintana Cova
3400 Richmond Pky #3923
San Pablo, CA, 94806

$ 182.91       $ 182.91

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_4_)**

---

**2.13** **Priority creditor's name and mailing address**
Lyndon J. Thomas
3612 Agate Dr.
Modesto, CA, 95356

$ 771.05       $ 771.05

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_4_)**

---

**2.14** **Priority creditor's name and mailing address**
Matthew S. Maurer
220 Edinburgh Circle
Danville, CA, 94526

$ 296.80       $ 296.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_4_)**

---

**2.15** **Priority creditor's name and mailing address**
Ricky Lo
2222 E. Jon Dr.
Fresno, CA, 93720

$ 46.50       $ 46.50

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_4_)**

| Debtor | Integrated Energy Systems CA, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.16    Priority creditor's name and mailing address**

Terence R. Moore
130 Sharene Lane #27
Walnut Creek, CA, 94596

Total claim: $ 62.56    Priority amount: $ 62.56

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.17    Priority creditor's name and mailing address**

Younes K Ibrahim Neto
5623 Los Pueblos Way
Sacramento, CA, 95835

Total claim: $ 1,062.32    Priority amount: $ 1,062.32

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.    Priority creditor's name and mailing address**

Total claim: $ _____    Priority amount: $ _____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.    Priority creditor's name and mailing address**

Total claim: $ _____    Priority amount: $ _____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___Integrated Energy Systems CA, Inc._____ Case number _(if known)_____
       Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Ahern Equipment Rental
P.O. Box 271390
Las Vegas, NV, 89127-1390

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 134,322.27**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Alliant Group
3009 Post Oak Blvd.
Ste. 2000
Houston, TX, 77056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 23,542.80**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
American Express
P.O. Box 650448
Dallas, TX, 752650448

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 90,252.59**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
ARC Design and Print
PO Box 511579
Los Angeles, CA, 90051-8134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 2,343.29**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Bay Area Backhoes
6200 Stoneridge Mal Road 3rd Floor
Pleasanton, CA, 94588

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 1,660.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Brickyard Supply
8988 Elder Creek Road
Sacramento, CA, 95829

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 16,797.35**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Integrated Energy Systems CA Inc.                    Case number (if known) _____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.7    Nonpriority creditor's name and mailing address**

Bright Power, Inc. dba BPi
P.O. Box 10637
Napa, CA, 94581

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

$ 2,155.00

---

**3.8    Nonpriority creditor's name and mailing address**

California Asphalt Professionals
236 Gannet Street
Vacaville, CA, 95688

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,000.00

---

**3.9    Nonpriority creditor's name and mailing address**

CEMEX
P.O. Box 100497
Pasadena, CA, 91189-0497

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,522.52

---

**3.10    Nonpriority creditor's name and mailing address**

Empire Pavers, Corp
424 1st Street
Rodeo, CA, 94572

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 171,480.00

---

**3.11    Nonpriority creditor's name and mailing address**

Gexpro
P.O. Box 743448
Los Angeles, CA, 90074-3448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,326.25

---

Debtor    Integrated Energy Systems CA, Inc.
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.12** Nonpriority creditor's name and mailing address

Glen Nielsen

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,973.00

---

**3.13** Nonpriority creditor's name and mailing address

Independent Electric Supply
P.O. Box 749793
Los Angeles, CA, 90074-9793

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 232,998.75

---

**3.14** Nonpriority creditor's name and mailing address

Interior Electric, Inc.
747 N. Main St.
Orange, CA, 92868

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 487,054.83

---

**3.15** Nonpriority creditor's name and mailing address

Interior Electric, Inc. Nevada

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 108,172.67

---

**3.16** Nonpriority creditor's name and mailing address

Intertek
P.O. Box 405176
Atlanta, GA, 30384-5176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 18,900.00

---

Debtor _Integrated Energy Systems CA, Inc._____    Case number _(if known)_____
    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17**   **Nonpriority creditor's name and mailing address**

Jensen Precast
9895 Double R. Blvd.
Reno, NV, 89521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 11,973.38

---

**3.18**   **Nonpriority creditor's name and mailing address**

Kevin Garner
2655 N. Brawley
Fresno, CA, 93722

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 1,388.92

---

**3.19**   **Nonpriority creditor's name and mailing address**

Long's Directional Boring
1476 Bodie Place
Norco, CA, 92860

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 7,500.00

---

**3.20**   **Nonpriority creditor's name and mailing address**

Mobile Mini
PO Box 650882
Dallas, TX, 75265-0882

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 4,093.87

---

**3.21**   **Nonpriority creditor's name and mailing address**

Monroe Titan
1105 Marietta Way
Sparks, NV, 89431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 4,466.26

---

Official Form 206E/F       Schedule E/F: Creditors Who Have Unsecured Claims       page 9 of 15

Debtor  Integrated Energy Systems CA Inc.
_____
Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 22 **Nonpriority creditor's name and mailing address**

Monster Electrical
P.O. Box 102630
Pasadena, CA, 91189-2630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 11,925.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 23 **Nonpriority creditor's name and mailing address**

National Construction Rentals
P.O. BOX 841461

Los Angeles, CA, 90084-1461

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,701.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 24 **Nonpriority creditor's name and mailing address**

One Source IKEA
P.O. Box 740527
Los Angeles, CA, 90074-0527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 51,860.07

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 25 **Nonpriority creditor's name and mailing address**

P 1 Elecric Inc.
6644 Gibson Canyon Rd
Vacaville, CA, 95688

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 10,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 26 **Nonpriority creditor's name and mailing address**

Pacific Coast Wire and Cable Inc.
2589 Wildhorse Dr. Unit 1
Minden, NV, 89423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,822.13

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Integrated Energy Systems CA Inc.                              Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 27 **Nonpriority creditor's name and mailing address**

Platt
P.O. Box 418759
Boston, MA, 02241-8759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 100,754.03

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 28 **Nonpriority creditor's name and mailing address**

Precision Excavatin & Drilling Inc.
1043 Serpentine Lane Suite E
Pleasanton, CA, 94566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 32,766.02

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 29 **Nonpriority creditor's name and mailing address**

RCSI Bishop Ranch
605 Venture Street
Escondido, CA, 92029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 10,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 30 **Nonpriority creditor's name and mailing address**

Schnell Construction
125 Inyo Ct.
Vacaville, CA, 95687

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 12,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 31 **Nonpriority creditor's name and mailing address**

Solid Personnel
P.O. Box 75343
Chicago, IL, 60675-5343

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 94,071.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Integrated Energy Systems CA, Inc.                                    Case number *(if known)*_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.32**   **Nonpriority creditor's name and mailing address**

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA, 30384-9211

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,452.70

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.33**   **Nonpriority creditor's name and mailing address**

Sunstall Inc.
384 Bel Marin Keys Blvd., Ste. 230
Novato, CA, 94949

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 21,293.25

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34**   **Nonpriority creditor's name and mailing address**

Trench Shoring Company
206 N. Central Ave.
Compton, CA, 90220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 3,029.77

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35**   **Nonpriority creditor's name and mailing address**

United Rentals
P.O. Box 051122
Los Angeles, CA, 90074-1122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 4,377.07

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36**   **Nonpriority creditor's name and mailing address**

United Site Services
P.O. Box 660475
Dallas, TX, 75266-0475

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 12,063.13

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Integrated Energy Systems CA Inc.
          _____
          Name                                    Case number (if known) _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 37  **Nonpriority creditor's name and mailing address**

Universal Waste Systems Inc.
P.O. Box 3038
Whittier, CA, 90605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,829.97

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 38  **Nonpriority creditor's name and mailing address**

Waste Management
P.O. Box 541065
Los Angeles, CA, 90054-1065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 996.34

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 39  **Nonpriority creditor's name and mailing address**

West Coast Sand & Gravel, Inc.
P.O. Box 5067
Buena Park, CA, 90622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,774.48

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____    Case number _____
Integrated Energy Systems CA, Inc.        (if known)
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Brian Irion, Esq.<br>611 Veterans Blvd. #209<br><br>Redwood City, CA, 94063 | Line 3.10<br>☐ Not listed. Explain: | _____ |
| 4.2. | Kevin S. Sullivan, Esq.<br>3251 Steiner Street<br>San Francisco, CA, 94123 | Line 3.31<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    Integrated Energy Systems OA, Inc.                Case number *(if known)*_____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|---------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 30,612.47 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,736,640.90 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,767,253.37 |

**Fill in this information to identify the case:**

Debtor name ___Integrated Energy Systems CA, Inc.___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): _____     Chapter ___7___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Integrated Energy Systems CA, Inc.___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  James Caling | | Empire Pavers, Corp | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _____Integrated Energy Systems CA, Inc._____

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ _____477,687.66 |
| **For prior year:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ _____417,016.00 |
| **For the year before that:** | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | _____682,634.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

| Debtor | Integrated Energy Systems CA, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Ahern Equipment Rental<br>Creditor's name<br>P.O. Box 271390<br>Las Vegas, NV 89127-1390 | | $ 38,490.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | Gexpro<br>Creditor's name<br>P.O. Box 743448<br>Los Angeles, CA 90074-3448 | | $ 22,088.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name | _____<br>_____<br>_____ | $ _____ | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $ _____ | |
| | **Relationship to debtor**<br>_____ | | | |

---

| Debtor | Integrated Energy Systems CA, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ | | _____ | $_____ |
| | Creditor's name | | | |
| 5.2. | _____ | | _____ | $_____ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Solid Personnel, Inc. v. Integrated Energy Systems CA, Inc. | Breach of Contract | Superior Court of California, County of Alameda | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | 1225 Fallon Street,<br>San Francisco, CA 94123 | |
| | 22CV014138 | | | |
| 7.2. | **Case title**<br>Empire Pavers, Corp. v. Integrated Energy Systems CA Inc. | | **Court or agency's name and address**<br>Superior Court of California, County of Contra Costa | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>C22-01149 | Breach of Contract | 725 Court Street<br>Martinez, CA 94553 | |

| Debtor | Integrated Energy Systems CA, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor    Integrated Energy Systems CA, Inc._____    Case number *(if known)*_____
             Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |
| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** _____ | | | |

| Debtor | Integrated Energy Systems CA, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | Address | | | |
| | | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | Address | | | |
| | | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____   To _____ |
| 14.2. | | From _____   To _____ |

| Debtor | Integrated Energy Systems CA, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Debtor | Integrated Energy Systems CA, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Pacific Premier Bank<br>Name | XXXX– 1557 | ☐ Checking<br>☐ Savings<br>☑ Money market<br>☐ Brokerage<br>☐ Other_____ | 12/10/2021 | $ 0.00 |
| 18.2. | Pacific Premier Bank<br>Name | XXXX– 3572 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 12/14/2021 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Bishop Ranch AA<br>Name<br>12677 Alcosta Blvd<br>San Ramon, CA 94583 | | | ☑ No<br>☐ Yes |
| Address | | | |

Debtor    Integrated Energy Systems CA, Inc.
_____    Case number *(if known)*_____
        Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ Name | | | |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

| Debtor | Integrated Energy Systems CA, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |
| 25.2. | Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |
| 25.3. | Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |

---

| Debtor | Integrated Energy Systems CA, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Cynthia Lobue<br>Name<br>747 N. Main Street, Orange, CA 92868 | From _____<br>To _____ |
| 26a.2. | Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Name | From _____<br>To _____ |
| 26b.2. | Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Name | |

Debtor    Integrated Energy Systems CA, Inc._____    Case number (*if known*)_____
            Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    Integrated Energy Systems CA, Inc.                                    Case number *(if known)*_____
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. _____
Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Glen W. Nielsen | 20740 Keno Worden Rd., Klamath Falls, OR 97603 | Vice President | 12.25 |
| Chad Stewart | 747 N. Main Street, Orange, CA 92868 | Vice President | 12.25 |
| Mark Maskevich | 747 N. Main Street, Orange, CA 92868 | Vice President | 12.25 |
| Mark Beverly | 747 N. Main Street, Orange, CA 92868 | President | 51 |
| Gus Baquerizo | 747 N. Main Street, Orange, CA 92868 | Vice President | 12.25 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | | |
| _____ | | _____ | |

Debtor Name  Integrated Energy Systems CA, Inc.                                    Case number (if known)_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor | Amount |
|---|---|
| Sunbelt Rentals, P.O. Box 409211, Atlanta, GA 30384-9211 | $24,653.64 |
| Schnell Construction, 125 Inyo Ct., Vacaville, CA 95687 | $10,000.00 |
| Platt, P.O. Box 418759, Boston, MA 02241-8759 | $332,008.37 |
| Independent Electric Supply, P.O. Box 749793, Los Angeles, CA 90074-9793 | $62,719.30 |
| American Electric Supply, P.O. Box 2710, Corona, CA 92878-2710 | $34,777.08 |
| B2 Sales, Inc., 1350 S Claudia St., Anaheim, CA 92805 | $83,768.59 |
| CED, P.O. Box 847106, Los Angeles, CA 90084 | $11,568.03 |
| Main Electric Company, P. O Box 846852, Los Angeles, CA 90084 | $63,108.02 |
| Walters Wholesale Electric Co., P.O. Box 741406, Los Angeles, CA 90074-1406 | $18,666.48 |
| The Bedrock Company, 2970-A Myers St., Riverside, CA 92503 | $26,675.00 |
| Arco, P.O. Box 1239, Covington, LA 70434 | $7,634.68 |
| American Express, P.O. Box 650448, Dallas, TX 75265-0448 | $27,435.42 |
| Capital One, P.O. Box 60599, City Of Industry, CA 91716-0599 | $10,598.67 |
| Home Depot, P.O. Box 78047, Phoenix, AZ 85062 | $18,886.22 |

**17) Pension Contributions**

Debtor Name    Integrated Energy Systems CA, Inc.

Case number *(if known)*_____

## **Continuation Sheet for Official Form 207**

**Interior Electric Inc.**    33-0774230
**401k Profit Sharing Plan**


**20) Off-premises storage**

| | |
|---|---|
| **West Sac** | **700 Ikea Court, West Sacramento, CA 95606** |
| **Blue Oaks** | **6644 Lonetree Blvd, Rocklin, CA 95765** |
| **Bishop Ranch 1** | **6101 Bollinger Canyon Road, San Ramon, CA 94583** |
| **Bishop Ranch CC** | **12657 Alcosta Blvd, San Ramon, CA 94583** |
| **Emeryville** | **4400 Shellmond Avenue, Emeryville, CA 94608** |
| **Public Storage** | **2590 San Ramon Valley Blvd. C060, San Ramon, CA 94583** |

Debtor    Integrated Energy Systems CA, Inc.                 Case number (if known) _____
        Name

---

**Name and address of recipient**

30.2  _____

       Name

**Relationship to debtor**

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Interior Electric Inc. 401k Profit Sharing Plan | EIN: 33-0774230 |

---

**Part 14:**    **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/15/2022
           MM  /  DD  / YYYY

✖ _____      Printed name   Mark Beverly
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☑ Yes

---

**Fill in this information to identify the case and this filing:**

Debtor Name    Integrated Energy Systems CA, Inc.

United States Bankruptcy Court for the:    Central District of California

Case number (*If known*):    _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Declaration and signature**

---

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/15/2022          ✗   _____
              MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                         Mark Beverly
                                         Printed name

                                         President
                                         Position or relationship to debtor

United States Bankruptcy Court

Central District of California

In re: Integrated Energy Systems CA, Inc.

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____ 08/15/2022 _____

_____
Signature of Individual signing on behalf of debtor

_____
Position or relationship to debtor

**Ahern Equipment Rental**
**P.O. Box 271390**
**Las Vegas, NV 89127-1390**


**Alliant Group**
**3009 Post Oak Blvd.**
**Ste. 2000**
**Houston, TX 77056**


**American Express**
**P.O. Box 650448**
**Dallas, TX 752650448**


**ARC Design and Print**
**PO Box 511579**
**Los Angeles, CA 90051-8134**


**Bay Area Backhoes**
**6200 Stoneridge Mal Road 3rd Floor**
**Pleasanton, CA 94588**


**Brian Irion, Esq.**
**611 Veterans Blvd. #209**
**Redwood City, CA 94063**


**Brickyard Supply**
**8988 Elder Creek Road**
**Sacramento, CA 95829**


**Bright Power, Inc. dba BPi**
**P.O. Box 10637**
**Napa, CA 94581**

**Bruce Lopez**
**941 E. Cortland Ave Fresno, CA 93704**
**Fresno, CA 93704**


**California Asphalt Professionals**
**236 Gannet Street**
**Vacaville, CA 95688**


**Carl R. Jones**
**1585 West St.**
**Hayward, CA 94545**


**CEMEX**
**P.O. Box 100497**
**Pasadena, CA 91189-0497**


**Chad Stewart**
**747 N. Main Street**
**Orange**
**CA 92868**


**Christopher Roberts**
**1420 Creekside Dr., #14**
**Walnut Creek, CA 94596**


**Edy Benitez Romero**
**2032 E 30th St.**
**Apt 129**
**Oakland, CA 94606**


**Empire Pavers, Corp**
**424 1st Street**
**Rodeo, CA 94572**

**Empire Pavers, Corp.**
**424 1st Street**
**Rodeo, CA 94572**


**Eugene Parker**
**3277 Kernland Ave.**
**Merced, CA 95340**


**Filemon Aceves**
**230 Turner Road**
**Lodi, CA 95240**


**Ford Credit**
**P.O. Box 7172**
**Pasadena, CA 91109-7172**


**Gates M. Galvin**
**9655 Marsch Creek Rd.**
**Clayton, CA 94517**


**Gexpro**
**P.O. Box 743448**
**Los Angeles, CA 90074-3448**


**Glen Nielsen**


**Glen Nielsen**
**20740 Keno Worden Rd**
**Klamath Falls, OR 97603**

**Gus Baquerizo**
**747 N. Main Street**
**Orange**
**CA 92868**


**Independent Electric Supply**
**P.O. Box 749793**
**Los Angeles, CA 90074-9793**


**Interior Electric, Inc.**
**747 N. Main St.**
**Orange, CA 92868**


**Interior Electric, Inc. Nevada**


**Intertek**
**P.O. Box 405176**
**Atlanta, GA 30384-5176**


**Ira J. Hernandez**
**153 Kathy Ellen Drive**
**Vallejo, CA 94591**


**James Caling**


**Jensen Precast**
**9895 Double R. Blvd.**
**Reno, NV 89521**

Jerry D. Setters
5776 Oakwood Dr
Marysville, CA 95901


Kevin Garner
2655 N. Brawley
Fresno, CA 93722


Kevin S. Sullivan, Esq.
3251 Steiner Street
San Francisco, CA 94123


Long's Directional Boring
1476 Bodie Place
Norco, CA 92860


Luis A. Quintana Cova
3400 Richmond Pky #3923
San Pablo, CA 94806


Lyndon J. Thomas
3612 Agate Dr.
Modesto, CA 95356


Mark Beverly
747 N. Main Street
Orange
CA 92868


Mark Maskevich
747 N. Main Street
Orange
CA 92868

Matthew S. Maurer
220 Edingburgh Circle
Danville, CA 94526


Mobile Mini
PO Box 650882
Dallas, TX 75265-0882


Monroe Titan
1105 Marietta Way
Sparks, NV 89431


Monster Electrical
P.O. Box 102630
Pasadena, CA 91189-2630


National Construction Rentals
P.O. BOX 841461
Los Angeles, CA 90084-1461


One Source IKEA
P.O. Box 740527
Los Angeles, CA 90074-0527


P 1 Elecric Inc.
6644 Gibson Canyon Rd
Vacaville, CA 95688


Pacific Coast Wire and Cable Inc.
2589 Wildhorse Dr. Unit 1
Minden, NV 89423

**Platt**
**P.O. Box 418759**
**Boston, MA 02241-8759**


**Precision Excavatin & Drilling Inc.**
**1043 Serpentine Lane Suite E**
**Pleasanton, CA 94566**


**RCSI Bishop Ranch**
**605 Venture Street**
**Escondido, CA 92029**


**Ricky Lo**
**2222 E. Jon Dr.**
**Fresno, CA 93720**


**Schnell Construction**
**125 Inyo Ct.**
**Vacaville, CA 95687**


**Solid Personnel**
**P.O. Box 75343**
**Chicago, IL 60675-5343**


**Solid Personnel, Inc.**
**P.O. Box 75343**
**Chicago, IL 60675-5343**


**Sunbelt Rentals**
**P.O. Box 409211**
**Atlanta, GA 30384-9211**

**Sunstall Inc.**
**384 Bel Marin Keys Blvd., Ste. 230**
**Novato, CA 94949**

**Terence R. Moore**
**130 Sharene Lane #27**
**Walnut Creek, CA 94596**

**Trench Shoring Company**
**206 N. Central Ave.**
**Compton, CA 90220**

**United Rentals**
**P.O. Box 051122**
**Los Angeles, CA 90074-1122**

**United Site Services**
**P.O. Box 660475**
**Dallas, TX 75266-0475**

**Universal Waste Systems Inc.**
**P.O. Box 3038**
**Whittier, CA 90605**

**Waste Management**
**P.O. Box 541065**
**Los Angeles, CA 90054-1065**

**West Coast Sand & Gravel, Inc.**
**P.O. Box 5067**
**Buena Park, CA 90622**

**Younes K Ibrahim Neto**
**5623 Los Pueblos Way**
**Sacramento, CA 95835**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Central District of California

**In re**  Integrated Energy Systems CA, Inc.

Case No. _____

**Debtor**

Chapter 7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
above named debtor(s) and that compensation paid to me within one year before the filing of the
petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 7,500.00 _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 7,500.00 _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

[ ] RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

[✔] Debtor          [ ] Other (specify)

3.  The source of compensation to be paid to me is:

[✔] Debtor          [ ] Other (specify)

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they
are members and associates of my law firm.

[ ] I have agreed to share the above-disclosed compensation with a other person or persons who
are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Preparation and filing of the Petition and Schedules; Appear with Debtor at the 341(a) meeting of creditors.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/15/2022

_Date_

_Signature of Attorney_

Hohn Attorneys, LLP

_Name of law firm_
2522 Chambers Road
V213
Tustin, CA 92780

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KEVIN HAHN, #231579<br>HAHN ATTORNEYS, LLP<br>2522 Chambers Rd. #V213<br>Tustin, CA 92780<br>kevin@hahnattorneys.com | |
| ☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Integrated Energy Systems CA, Inc.<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 7 |
|---|---|
| <br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, (Printed name of attorney or declarant) Kevin Hahn _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☒ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____
_____
_____

[For additional names, attach an addendum to this form.]

b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  08/15/2022

By: _____
Signature of Debtor, or attorney for Debtor

Name:  Kevin Hahn
Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.